# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

July 17, 2023

**BY ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Justin Rodriguez*, 16 Cr. 167 (LAP)

Dear Judge Preska:

I respectfully write in connection with the violation of supervised release proceedings in the above-captioned matter to request that Mr. Rodriguez's sentencing, which is currently scheduled for July 20, 2023, be adjourned to either August 9 or August 10, 2023, if the Court is available at any time on either of those dates. The purpose of this request is to enable Mr. Rodriguez's mother to attend the sentencing to support her son. She has had an unavoidable medical appointment arise on July 20. All parties are available on August 9 and August 10 at any time, and the Government consents to this request.

The Court scheduled the current July 20 date for sentencing at my request, and I apologize for burdening the Court with a second scheduling request so soon. Thank you for considering this request.

Respectfully submitted,

/s/

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com

*[Handwritten: Sentencing is adjourned to August 10, 2023 at 10:00 AM]*

*[Handwritten: SO ORDERED]*
*[Signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[Handwritten: July 18, 2023]*